UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| KATHRINE S MCKEE, | ) | |
| | ) | CASE NO. C06-4077 PAZ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| MICHAEL J ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court reverses and remands this case to the Commissioner of Social Security for calculation and award of benefits from and after August 1, 2004, pursuant to sentence four of 42 USC § 405(g).

DATED: September 27, 2007

<u>Robert L. Phelps - Clerk</u>

<u>S/src</u>
By: Deputy Clerk